IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-00613-WYD-MJW

MATRIX ENERGY, LLC.,

Plaintiff(s),

v.

LARRY L. SCHUPBACH,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that Plaintiff's Motion to Amend Complaint (docket no. 22) is GRANTED finding good cause shown and further finding that Plaintiff has complied with the requirements of Fed. R. Civ. P. 15 have been met. Also, *see* Las Vegas Ice and Cold Storage Co. v. Far West Bank, 893 F.2d 1182, 1185 (10th Cir. 1990). The Amended Complaint and Jury Demand (docket no. 22-2) is accepted for filing today.

Date: June 13, 2008