IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-00613-WYD-MJW

MATRIX ENERGY, LLC.,

Plaintiff(s),

v.

LARRY L. SCHUPBACH,

Defendant(s).

MINUTE ORDER

    It is hereby ORDERED that Defendant Larry L. Schupbach's Motion to Require Joinder of Indispensable Party (docket no. 13) is MOOT and therefore DENIED. *See* minute order (docket no. 26) and amended complaint (docket no. 27).

Date: June 16, 2008