IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 08-cv-0061? WYD-MJW

MATRIX ENERGY, .LC, a Colorado limited liability company,

Plaintiff,

v.

LARRY L. SCHUPBACH, an individual

Defendant.

---

## [PROPOSED] ORDER GRANTING UNOPPOSED JOINT MOTION FOR STAY
( Docket No 32 )

---

This matter comes before the Court on the unopposed joint motion of plaintiff Matrix

Energy, LLC and defendant Larry L. Schupbach for a two month stay of proceedings so that

settlement options may be further explored.  For the reasons outlined below, the motion is

**GRANTED**.

1.      A settlement conference was held on August 5, 2008.  No settlement was reached.

But the parties did agree to jointly request a stay of this matter for two months so that Matrix

may review Mr. Schupbach's records relating to his ownership of oil and gas interests and

properties in Colorado.  At the conclusion of its review, Matrix will report back to Mr.

Schupbach and his counsel with a proposal for settlement.

2.      "The court's inherent power to stay proceedings is discretionary and is derivative

of the court's power to manage cases to ensure just, efficient adjudication." *Carolus v. General*

*Electric Co.*, 2007 WL 4225802 (D. Colo. Nov. 28, 2007) (not published; collecting authority).

Factors to consider when evaluating whether a stay should enter include the following: "(1) potential prejudice to the non-moving party; (2) hardship and inequity to the moving party if the action is not stayed; and (3) the judicial resources that would be saved by avoiding duplicative litigation." *Id.*

3. All of these factors support the entry of a two month stay in this case. All parties join in this motion. All parties agree it will take weeks for Matrix to assess Mr. Schupbach's Colorado oil and gas interests and properties and determine how they may be used to create value for a potential settlement. Moreover, all agree it would be a waste of the resources of both the parties and the court to require further discovery, disclosures and other trial preparation while Matrix evaluates these properties and settlement options. Finally, all agree that settlement of this matter might help resolve a new lawsuit, No. 08-cv-01515-WYD-MEH, recently filed by Mr. Schupbach.

4. It is hereby **ORDERED** that:

A.      This case is stayed from August 6, 2008 to October 6, 2008;

B.      On or before August 11, 2008, Mr. Schupbach shall send by UPS or comparable service the following documents to David R. Little, counsel for Matrix: all documents he received from Pyramid Energy relating to the assignment of Colorado properties; and copies of the most recent check stubs or other documents he has received relating to any oil and gas interest or property he presently owns in Colorado;

C.      Matrix shall examine the documents forwarded by Mr. Schupbach, evaluate the properties identified in the documents and, on or before October 6, 2008,

report back to Mr. Schupbach and his counsel with an assessment and a revised settlement demand; and

D.    On or before October 6, 2008, counsel for the parties shall confer and file a status report with the Court recommending either a continued stay for purposes of exploring settlement or revisions to the Scheduling Order such that remaining discovery, disclosure and trial preparation may be expeditiously completed.

Dated this _____8 TH_____ day of _____August_____, 2008.

_____
Judge

**MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO**

3