IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 08-cv-00613 WYD-MJW

MATRIX ENERGY, LLC, a Colorado limited liability company,

Plaintiff,

v.

LARRY L. SCHUPBACH, an individual

Defendant.

## PROPOSED ORDER GRANTING STIPULATED MOTION TO VACATE SECOND SETTLEMENT CONFERENCE
( Docket No 35 )

This matter comes before the Court on the stipulated motion to vacate second settlement conference. For the reasons outlined below, the motion is **GRANTED**.

1. In their Second Joint Status Report, filed on October 17, 2008, the parties indicated that they had made progress towards a settlement, and requested that the court schedule an additional settlement conference.

2. In a minute order issued on October 22, 2008, the Court set the Second Scheduling Conference currently set for December 5, 2008, at 1:30 p.m.

3. The parties have continued to negotiate during the last month, and have tentatively agreed on terms of settlement. The terms of this tentative settlement require that the agreement be put into a mutually agreeable written agreement and executed by the parties. This document has not been finalized, and may include some provisions that have not yet been discussed or negotiated.

4. It is hereby **ORDERED** that:

   A. The second settlement conference set for December 5, 2008 at 1:30 p.m. is **VACATED**;

   B. Counsel for the parties shall submit a status report or stipulation for dismissal by Wednesday, December 10, 2008.

   Dated this 1st day of December, 2008.

   _____
   U.S. District Court Magistrate Judge

   MICHAEL J. WATANABE
   U.S. MAGISTRATE JUDGE
   DISTRICT OF COLORADO