IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 08-cv-00613-WYD-MJW

MATRIX ENERGY, LLC, a Colorado limited liability company,

Plaintiff,

v.

LARRY L. SCHUPBACH, an individual,

Defendant.

---

ORDER (Docket No. 43)

---

This matter comes before the Court on the Third Joint Status Report of the parties, filed December 10, 2008. For the reasons outlined below, the Court finds and orders as follows:

1. The parties have reached and executed a settlement agreement and mutual release of their claims.

2. The settlement agreement will not be fully performed until certain funds are transferred and a stipulation for dismissal is filed with the Court.

3. Under the terms of the settlement agreement, the parties' performance will be complete by January 31, 2009.

4. It is hereby ORDERED that:

   a. The proceedings in this matter are stayed until January 31, 2009.

   b. The parties will file a status report or stipulation for dismissal on or before January 31, 2009.

   c. The status conference currently scheduled for December 11, 2008 is VACATED.

Dated this 10th day of December, 2008.

_____
U.S. District Court Magistrate Judge

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO