IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  08-cv-00613-WYD-MJW

MATRIX ENERGY, LLC, a Colorado limited liability company,

    Plaintiff,

v.

LARRY L. SCHUPBACH, an individual,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties's Joint Motion to Dismiss with Prejudice (filed January 20, 2009).  The motion seeks a dismissal of the case with prejudice pursuant to a fully and properly executed settlement agreement that resolves all disputes between the parties.  After a careful review of the motion and the file, I conclude that the motion should be granted and the case dismissed.  Accordingly, it is

ORDERED that the Joint Motion to Dismiss with Prejudice is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE**, including all claims, cross-claims, and counterclaims filed herein.  Each party shall bear their own attorney fees and costs.

Dated:  January 27, 2009

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Chief United States District Judge